IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NAVY FEDERAL CREDIT UNION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LTD FINANCIAL SERVICES, L.P., *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:18-cv-1424 (AJT/TCB) |

## **ORDER**

This matter is before the Court on the Report & Recommendation [Doc. 180] of the Magistrate Judge recommending that Plaintiff Navy Federal Credit Union's Motion for Rule 11 Sanctions Against Defendant Advantage Assets II, Inc. [Doc. 167] be denied. The Magistrate Judge advised the parties that objections to Report and Recommendations must be filed within fourteen days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the Report & Recommendation [Doc. 180] be, and the same hereby is, ADOPTED; and it is further

ORDERED that Plaintiff Navy Federal Credit Union's Motion for Rule 11 Sanctions Against Defendant Advantage Assets II, Inc. [Doc. 167] be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 21, 2019